# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY C. LOGAN, | CASE NO. 1:11-cv-00373–OWW-SMS PC |
| Plaintiff, | ORDER ADDRESSING PLAINTIFF'S MOTION FOR CLARIFICATION |
| v. | (ECF No. 8) |
| JAMES A. YATES, et al., | |
| Defendants. | |

Plaintiff Wesley C. Logan, a prisoner proceeding pro se, filed this civil rights action on March 3, 2011. Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee. On May 23, 2011, Plaintiff filed a motion for clarification because he received the order for consent or reassignment and some unrelated documents. Plaintiff is advised to disregard the unrelated documents which were inadvertently sent to Plaintiff.

On March 7, 2011, an order issued directing Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty five days. Due to Plaintiff's failure to comply with the order, this action was dismissed on May 24, 2011. If Plaintiff desires to pursue the claims raised in this action he will need to file a new action and include an application to proceed in forma pauperis or pay the filing fee.

IT IS SO ORDERED.

**Dated:   May 25, 2011**          /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE